# U.S. District Court
# North Carolina Middle District (NCMD)
# CRIMINAL DOCKET FOR CASE #: 1:17−mj−00361−LPA All Defendants
*Internal Use Only*

Case title: USA v. KELLY  
Other court case number: 2:17cr255 Southern District of Ohio

Date Filed: 11/08/2017

Assigned to: MAG/JUDGE L. PATRICK AULD

**Defendant (1)**

| | |
|---|---|
| **JOHN E. KELLY** | represented by **MILTON BAYS SHOAF**<br>315 N. MAIN ST.<br>SALISBURY, NC 28144<br>704−637−6745<br>Fax: 704−637−9045<br>Email: bays@mbshoaf.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

**Pending Counts**     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**     **Disposition**

Rule 5 Arrest

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **JOANNA G. MCFADDEN**<br>U. S. ATTORNEY'S OFFICE |

101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336−332−6362
Fax: 336−333−5381
Email: joanna.mcfadden@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/08/2017 |   | 3 | Arrest (Rule 5) of JOHN E. KELLY (Garrett, Kim) (Entered: 11/08/2017) |
| 11/08/2017 |   | 4 | Minute Entry for proceedings held before MAG/JUDGE L. PATRICK AULD:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to JOHN E. KELLY held on 11/8/2017. Defendant advised of rights and charges. Order appointing counsel forthcoming. AUSA JoAnna McFadden appeared on behalf of the Government. Attorney Bays Shoaf appeared as counsel for the defendant. ( Proceedings Recorded.) (Winchester, Robin) (Entered: 11/08/2017) |
| 11/08/2017 | 1 |   | SEALED FINANCIAL AFFIDAVIT by JOHN E. KELLY. (Sheets, Jamie) (Entered: 11/08/2017) |
| 11/08/2017 | 2 | 5 | ORDER appointing CJA Panel Attorney MILTON BAYS SHOAF for JOHN E. KELLY. Signed by MAG/JUDGE L. PATRICK AULD on 11/8/2017. (Sheets, Jamie) (Entered: 11/08/2017) |
| 11/08/2017 | 3 | 6 | WAIVER of Rule 5 & 5.1 Hearing by JOHN E. KELLY. (Sheets, Jamie) (Entered: 11/08/2017) |
| 11/08/2017 | 4 | 7 | COMMITMENT TO ANOTHER DISTRICT as to JOHN E. KELLY. Defendant committed to the SOUTHERN DISTRICT OF OHIO. Signed by MAG/JUDGE L. PATRICK AULD on 11/8/2017. (Sheets, Jamie) (Entered: 11/08/2017) |

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: JOANNA G. MCFADDEN (caseview.ecf@usdoj.gov, jo.vereen@usdoj.gov,
joanna.mcfadden@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE L. PATRICK AULD
(brett_carpenter@ncmd.uscourts.gov, john_smitten@ncmd.uscourts.gov,
judge_auld@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov,
sinead_o'doherty@ncmd.uscourts.gov, wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Pretrial Office (duty-ncmpt-greensboro@ncmp.uscourts.gov), U. S.
Marshal's Office (brantley.williams@usdoj.gov, jessica.williams2@usdoj.gov)
--No Notice Sent:

Message-Id:2650375@ncmd.uscourts.gov
Subject:Activity in Case 1:17-mj-00361-LPA USA v. KELLY Arrest - Rule 5
Content-Type: text/html
```

**To determine whether you must send a courtesy paper copy or electronic copy in Word (or compatible format) of a document that you have filed in this case, click here: <u>Judicial Preferences Summary.</u>**

## U.S. District Court

### North Carolina Middle District

**Notice of Electronic Filing**

The following transaction was entered on 11/8/2017 at 1:37 PM EST and filed on 11/8/2017

| | |
|---|---|
| **Case Name:** | USA v. KELLY |
| **Case Number:** | <u>1:17-mj-00361-LPA</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 5) of JOHN E. KELLY (Garrett, Kim)**


**1:17-mj-00361-LPA-1 Notice has been electronically mailed to:**

JOANNA G. MCFADDEN &nbsp &nbsp joanna.mcfadden@usdoj.gov, CaseView.ECF@usdoj.gov, jo.vereen@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

**1:17-mj-00361-LPA-1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: JOANNA G. MCFADDEN (caseview.ecf@usdoj.gov, jo.vereen@usdoj.gov,
joanna.mcfadden@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE L. PATRICK AULD
(brett_carpenter@ncmd.uscourts.gov, john_smitten@ncmd.uscourts.gov,
judge_auld@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov,
sinead_o'doherty@ncmd.uscourts.gov, wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Pretrial Office (duty-ncmpt-greensboro@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:2650380@ncmd.uscourts.gov
Subject:Activity in Case 1:17-mj-00361-LPA USA v. KELLY Initial Appearance - Rule 5
Content-Type: text/html
```

**To determine whether you must send a courtesy paper copy or electronic copy in Word (or compatible format) of a document that you have filed in this case, click here: Judicial Preferences Summary.**

### U.S. District Court

### North Carolina Middle District

**Notice of Electronic Filing**

The following transaction was entered on 11/8/2017 at 1:41 PM EST and filed on 11/8/2017

**Case Name:**     USA v. KELLY
**Case Number:**   1:17–mj–00361–LPA
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before MAG/JUDGE L. PATRICK AULD:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to JOHN E. KELLY held on 11/8/2017. Defendant advised of rights and charges. Order appointing counsel forthcoming. AUSA JoAnna McFadden appeared on behalf of the Government. Attorney Bays Shoaf appeared as counsel for the defendant. ( Proceedings Recorded.) (Winchester, Robin)**

**1:17–mj–00361–LPA–1 Notice has been electronically mailed to:**

JOANNA G. MCFADDEN &nbsp &nbsp joanna.mcfadden@usdoj.gov, CaseView.ECF@usdoj.gov, jo.vereen@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

**1:17–mj–00361–LPA–1 Notice will not be electronically mailed to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



UNITED STATES OF AMERICA  )
                          )
    v.                    )    1:17mj361
                          )
JOHN E. KELLY             )

ORDER

The defendant having demonstrated eligibility for appointment of counsel at government expense, CJA Panel Attorney Milton Bays Shoaf is directed to provide representation in this action.

                                /s/ L. Patrick Auld
                                L. Patrick Auld
                        United States Magistrate Judge

Date:  November 8, 2017

# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

FILED
NOV - 8 2017
JS

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:17mj361 |
| | ) | |
| JOHN E. KELLY | ) | Charging District's Case No. 2:17cr255 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of Ohio

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[~~X~~] ~~a preliminary hearing.~~ LPA

[~~X~~] ~~a detention hearing.~~ LPA

[X] ~~an identity hearing, production of the warrant, and any preliminary or~~ LPA detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: November 8, 2017

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Milton Bays Shoaf

*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:17mj361 |
| | ) |
| JOHN E. KELLY | ) Charging District's |
| *Defendant* | ) Case No. 2:17cr255 |

*(stamp: FILED NOV -8 2017)*

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Southern   District of   Ohio  ,
*(if applicable)*   Eastern   division. The defendant may need an interpreter for this language:
_____.

The defendant:     ☐ will retain an attorney.

                      X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date:   November 8, 2017                         /s/ L. Patrick Auld
                                                                                                 *Judge's signature*

                                                L. Patrick Auld, United States Magistrate Judge
                                                                            *Printed name and title*